UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WEBSTER RASHADA, | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-cv-00526 |
| v. | ) |
| | ) Honorable Sally J. Berens |
| OFFICER [UNKNOWN] FLEGEL, *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Webster Rashada hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment (ECF No. 8) entered in this action on June 1, 2023.

Dated: July 25, 2023                                                                                       Respectfully submitted,

By: /s/ *Logan L. Page*

Logan L. Page
**WILKINSON STEKLOFF LLP**
2001 M St. N.W.; 10th Floor
Washington, DC 20036
Tel: (202) 847-4026
lpage@wilkinsonstekloff.com

*Counsel for Webster Rashada*

cc: United States Court of Appeals for the Sixth Circuit